FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| W.G. KINCHELOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALLA WALLA COUNTY, a political subdivision of the State of Washington, KEVAN MAAS, an individual employed by Walla Walla County,<br><br>Defendants. | NO. 4:18-cv-05068-SAB<br><br>**ORDER RE: DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice and Without Costs, ECF No. 18. The parties stipulate and request the Court dismiss this matter with prejudice and without an award of attorneys' fees and/or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//

ORDER RE: DISMISSAL ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice and Without Costs, ECF No. 18, is **ACCEPTED** and **ENTERED** into the record.

2. The above-captioned matter is **DISMISSED with prejudice**.

3. All deadlines are **VACATED** and any pending motions are **DENIED as moot**.

4. The jury trial date is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 21st day of December 2018.



Stanley A. Bastian
United States District Judge

ORDER RE: DISMISSAL ~ 2